**UNITED STATES BANKRUPTCY COURT**
**Northern District of Texas**

In re   Cnossen Dairy                                    ,
                        Debtor

Case No. _____

Chapter   11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C.§ 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc. | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Deaf Smith Electric<br>P.O. Box 753<br>Hereford, TX 79045 | | | | 119,076 |
| J.D. Heiskell & Co.<br>1616 S. Kentucky,<br>Suite C-400<br>Amarillo, TX 79102 | | | | 107,346 |
| Lone Star Calf Ranch<br>4103 County Road E<br>Hereford, TX 79045 | | | | 77,478 |
| Goodin Fuels, Inc.<br>P.O. Box 710<br>Hereford, TX 79045 | | | | 73,859 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Armtech Insurance Services<br>P.O. Box 69<br>Wolfforth, TX 79382-0069 | | | | 68,673 |
| Quality Distillers Grain, LLC<br>P.O. Box 647<br>Hereford, TX 79045 | | | | 64,508 |
| Lone Star Calf Ranch<br>4103 County Road E<br>Hereford, TX 79045 | | | | 57,745 |
| Quality Distillers Grain, LLC<br>P.O. Box 647<br>Hereford, TX 79045 | | | | 57,345 |
| Lone Star Calf Ranch<br>4103 County Road E<br>Hereford, TX 79045 | | | | 56,356 |
| Quality Distillers Grain, LLC<br>P.O. Box 647<br>Hereford, TX 79045 | | | | 55,352 |
| Archer Daniels Midland<br>P.O. Box 1470<br>Decatur, IL 62525-1820 | | | | 46,219 |
| Walco International - Central Accounting<br>P.O. Box 911423<br>Dallas, TX 75391-1423 | | | | 45,961 |

Bankruptcy2010 ©1991-2010, New Hope Software, Inc., ver. 4.5.2-745  -  33102 - Adobe PDF

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| Walco International - Central Accounting P.O. Box 911423 Dallas, TX 75391-1423 | | | | 45,144 |
| Top of Texas Gin, LTD 4700 FM 809 Hereford, TX 79045 | | | | 43,022 |
| Lone Star Calf Ranch 4103 County Road E Hereford, TX 79045 | | | | 42,472 |
| Standard Dairy Consultants P.O. Box 3844 Omaha, NE 68103-0844 | | | | 42,306 |
| Archer Daniels Midland P.O. Box 1470 Decatur, IL 62525-1820 | | | | 39,712 |
| Lone Star Calf Ranch 4103 County Road E Hereford, TX 79045 | | | | 39,623 |
| Lone Star Calf Ranch 4103 County Road E Hereford, TX 79045 | | | | 37,638 |
| Jeremy Pawtzold, Inc. 4390 FM 1062 Hereford, TX 79045 | | | | 36,963 |

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, [a member or an authorized agent of the partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS and that it is true and correct to the best of my information and belief.

Date    November 12, 2010

Signature    /s/ Frank Cnossen
FRANK CNOSSEN,
Partner