U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed December 17, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| **In re:** | § § | |
| **CNOSSEN DAIRY** | § § § § | Case No. 10-20760-rlj-11 |
| **Debtor.** | § § | |

### ORDER GRANTING APPLICATION TO APPROVE
### EMPLOYMENT OF ROGER SANDERS AS SPECIAL COUNSEL

Came on for consideration the Application of Roger Sanders to be approved as special counsel for the above-referenced Debtor. The Court being of the opinion that the relief requested therein should be granted, it is accordingly,

ORDERED that Roger Sanders be and hereby is approved as special counsel for the Debtor, Cnossen Dairy, to provide services as requested by the Debtor in the above-styled and numbered Chapter 11 proceeding.

### # # #   END OF ORDER   # # #