U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed December 17, 2010**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| In re: § § | |
| CNOSSEN DAIRY § § § § | Case No. 10-20760-rlj-11 |
| Debtor. § § | |

### ORDER GRANTING APPLICATION TO APPROVE
### EMPLOYMENT OF BOB MATLICK AS BUSINESS & FINANCIAL CONSULTANT

Came on for consideration the Application of Bob Matlick to be approved as business and financial consultant for the above-referenced Debtor. The Court being of the opinion that the relief requested therein should be granted, it is accordingly,

ORDERED that Bob Matlick be and hereby is approved as a business and financial consultant for the Debtor, Cnossen Dairy, to provide services as requested by the Debtor in the above-styled and numbered Chapter 11 proceeding.

### END OF ORDER ###