

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

ENTERED
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed February 11, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CNOSSEN DAIRY | § | Case No. 10-20760-rlj-11 |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |

### ORDER GRANTING APPLICATION TO APPROVE
### EMPLOYMENT OF BILL HUNTER AS GENERAL COUNSEL

Came on for consideration the Application of Bill Hunter to be approved as general counsel for the above-referenced Debtor. The Court being of the opinion that the relief requested therein should be granted; the Court reserves the right to make additional findings and conclusions. It is accordingly,

ORDERED that Bill Hunter be and hereby is approved as general counsel for the Debtor, Cnossen Dairy, to provide services as requested by the Debtor in the above-styled and numbered Chapter 11 proceeding.

# # #   END OF ORDER   # # #